## Turner et al., Appellants, *v*. Turner Airfield.

Argued Septem-

ber 16, 1966. *Harry C. Barbin,* for appellants; *Donald Levin,* Associate Counsel, *Thomas E. Roberts,* Chief Counsel, State Workmen's Insurance Fund, *Raymond Kleiman,* Deputy Attorney General, and *Edward Friedman,* Attorney General, for appellee, submitted a brief.

Order affirmed.